ACCOUNT RESOLUTION SERVICES
ATTN: BANKRUPTCY
PO BOX 459079
SUNRISE FL 33345


AUTO ADVANTAGE FINANCE
PO BOX 96329
OKLAHOMA CITY OK 73143


AUTO ADVANTAGE FINANCE
ATTN: BANKRUPTCY
PO BOX 96329
OKLAHOMA CITY OK 73143


AUTO FINANCE USA
ATTN: BANKRUPTCY
PO BOX 892220
OKLAHOMA CITY OK 73189


BULL CITY FINANCIAL SOLUTIONS
ATTN: BANKRUPTCY
2609 NORTH DUKE ST, STE 500
DURHAM NC 27704


CAC FINANCIAL CORP
2601 NORTHWEST EXPRESSWAY
SUITE 1000E
OKLAHOMA CITY OK 73112


CAC FINANCIAL CORP
2601 NW EXPRESSWAY
OKLAHOMA CITY OK 73112


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130

CHIMEF/STR
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO CA 94104


CONVERGENT OUTSOURCING, INC.
ATTN: BANKRUPTCY
800 SW 39TH ST, STE 100
RENTON WA 98057


CREDIT ONE BANK
PO BOX 98872
LAS VEGAS NV 89193


ENHANCED RECOVERY COMPANY
ATTN: BANKRUPTCY
8014 BAYBERRY ROAD
JACKSONVILLE FL 32256


FID INFO CRP
PO BOX 49938
LOS ANGELES CA 90049


FIRST PREMIER BANK
ATTN: BANKRUPTCY
PO BOX 5524
SIOUX FALLS SD 57117


IAN'S ENTERPRISE NATIONAL SUPPORT CENTER
9450 SW GEMINI DR. #39525
BEAVERTON OR 97008-7105


IAN'S ENTERPRISES LLC
1874 S. BOULDER AVE
TULSA OK 74119

```
IC SYSTEMS, INC
ATTN: BANKRUPTCY
PO BOX 64378
ST. PAUL MN 55164



JAY P. MOISANT
14453 SE 29TH ST.
STE. B
CHOCTAW OK 73020



MARS COLLECTION AGENCY
ATTN: BANKRUPTCY
10830 EAST 45TH STREET SUITE 400
TULSA OK 74146



OKLAHOMA NATURAL GAS
PO BOX 219296
KANSAS CITY MO 64121-9296



ONLINE COLLECTIONS
ATTN: BANKRUPTCY
PO BOX 1489
WINTERVILLE NC 28590



PHOENIX FINANCIAL SERVICES, LLC
ATTN: BANKRUPTCY
PO BOX 361450
INDIANAPOLIS, IN 46236



ROBINSON HOOVER/ATTN: DANIELLE SCHINZING
119 N. ROBINSON STE. 1000
OKLAHOMA CITY OK 73102



WAKEFIELD & ASSOCIATES
ATTN: BANKRUPTCY
10800 EAST BETHANY DRIVE STE 450
AURORA CO 80014
```