UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

In re:  )
    **Michela Crump**   ,  )
    ,  )  Case No. _____
    )  Chapter  **7**
Debtor..  )

### PAY ADVICE COVER SHEET

The following pay advice/income record information is filed on behalf of the debtors:

☑ Pay advices are attached as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| Marco's Pizza \| 2410 W Memorial Rd. Ste. 421 OKC, OK 73134 | 5/3/21 | 10/1/21 |

☑ The debtor certifies by his/her signature below that he/she has no pay records because: **Debtor was unemployed in the month of April, receiving only support from her boyfriend and compensation for blood plasma donations.**

Dated on  **October 28, 2021**  .

        **/s/ Michela Crump**
        **Michela Crump**
        (Debtor Signature)

☐ Pro se Debtor
☑ Represented by Counsel

        **/s/ Alexander Hilton III**
        (Attorney Signature)

**Alexander Hilton III OBA 33909**
**6440 Avondale Drive, Suite 201**
**Oklahoma City, OK 73116**
**(405) 418-7876**
**Fax (405) 260-9711**
**aehiltonlaw@gmail.com**

Counsel for
**Michela Crump**

| CO | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 1BI | 914917 | DIRECT | | 0000200003 | 062 1 |

**Earnings Statement** 

MPOK 5039 LLC
2410 W MEMORIAL RD STE 421
OKLAHOMA CITY, OK 73134

Period Beginning: 05/03/2021
Period Ending: 05/16/2021
Pay Date: 05/21/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal Tax blocked

MICHELA DASHA CRUMP
4400 N MAIN STREET
LOT 161
NORMAN OK 73072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 19.66 | 216.26 | 216.26 |
| Tips | | | 18.47 | 18.47 |
| **Gross Pay** | | | **$234.73** | 234.73 |

**Important Notes**
COMPANY PH#:(405) 252-4012

BASIS OF PAY: HOURLY

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -14.55 | 14.55 |
| Medicare Tax | | -3.40 | 3.40 |
| **Other** | | | |
| Tips | | -18.47 | 18.47 |
| **Adjustment** | | | |
| TIPS | | +18.47 | |
| **Net Pay** | | **$216.78** | |
| CHECKING | | -216.78 | |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status
  OK: Married

Exemptions/Allowances:
  OK: 2,Filing Jointly or Surviving Spouse,Tax Blocked

Your federal taxable wages this period are $234.73

---

MPOK 5039 LLC
2410 W MEMORIAL RD STE 421
OKLAHOMA CITY, OK 73134

Advice number: 00000200003
Pay date: 05/21/2021



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MICHELA DASHA CRUMP | xxxxxxxx1114 | xxxx xxxx | $216.78 |

**NON-NEGOTIABLE**

```
CO.    FILE   DEPT   CLOCK  VCHR   Doc: 5
1BI   914917  DIRECT       0000220003      1
```

MPOK 5039 LLC
2410 W MEMORIAL RD STE 421
OKLAHOMA CITY, OK 73134

## Earnings Statement 

| | |
|---|---|
| Period Beginning: | 05/17/2021 |
| Period Ending: | 05/30/2021 |
| Pay Date: | 06/04/2021 |

Filing Status: Head of household
Exemptions/Allowances:
   Federal: Tax blocked

MICHELA DASHA CRUMP
4400 N MAIN STREET
LOT 161
NORMAN OK 73072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 45.63 | 501.93 | 718.19 |
| Tips | | | 57.51 | 75.98 |
| **Gross Pay** | | | **$559.44** | 794.17 |

**Important Notes**
COMPANY PH#:(405) 252-4012

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -34.69 | 49.24 |
| | Medicare Tax | -8.12 | 11.52 |
| | Other | | |
| | Tips | -57.51 | 75.98 |
| | Adjustment | | |
| | TIPS | +57.51 | |
| **Net Pay** | | **$516.63** | |
| | CHECKING | -516.63 | |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**

Taxable Marital Status:
  OK:      Married

Exemptions/Allowances:
  OK:      2,Filing Jointly or Surviving Spouse,Tax Blocked

Your federal taxable wages this period are $559.44

© 2000 ADP, LLC

---

MPOK 5039 LLC
2410 W MEMORIAL RD STE 421
OKLAHOMA CITY, OK 73134

| | |
|---|---|
| Advice number: | 00000220003 |
| Pay date: | 06/04/2021 |

Deposited to the account of
MICHELA DASHA CRUMP

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1114 | xxxx xxxx | $516.63 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|---|---|---|---|---|---|
| 1BI | 914917 | DIRECT | | 0000240003 | 1 |

# Earnings Statement

![ADP]

MPOK 5039 LLC
2410 W MEMORIAL RD STE 421
OKLAHOMA CITY, OK 73134

Period Beginning: 05/31/2021
Period Ending: 06/13/2021
Pay Date: 06/18/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Tax blocked

MICHELA DASHA CRUMP
4400 N MAIN STREET
LOT 161
NORMAN OK 73072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 54.71 | 601.81 | 1,320.00 |
| Tips | | | 53.26 | 129.24 |
| **Gross Pay** | | | **$655.07** | 1,449.24 |

**Important Notes**
COMPANY PH#:(405) 252-4012

BASIS OF PAY: HOURLY

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -40.61 | 89.85 |
| Medicare Tax | | -9.49 | 21.01 |
| **Other** | | | |
| Tips | | -53.26 | 129.24 |
| **Adjustment** | | | |
| TIPS | | +53.26 | |
| **Net Pay** | | **$604.97** | |
| CHECKING | | -604.97 | |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  OK:           Married

Exemptions/Allowances:
  OK:           2,Filing Jointly or Surviving Spouse,Tax Blocked

Your federal taxable wages this period are $655.07

---

MPOK 5039 LLC
2410 W MEMORIAL RD STE 421
OKLAHOMA CITY, OK 73134

Advice number: 00000240003
Pay date: 06/18/2021

Deposited to the account of
MICHELA DASHA CRUMP

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1114 | xxxx xxxx | $604.97 |



# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | 062 |
|---|---|---|---|---|---|
| 1BI | 914917 | DIRECT | | 0000260004 | 1 |

# Earnings Statement 

MPOK 5039 LLC
2410 W MEMORIAL RD STE 421
OKLAHOMA CITY, OK 73134

Period Beginning: 06/14/2021
Period Ending: 06/27/2021
Pay Date: 07/02/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Tax blocked

MICHELA DASHA CRUMP
4400 N MAIN STREET
LOT 161
NORMAN OK 73072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 45.73 | 503.03 | 1,823.03 |
| Tips | | | 29.93 | 159.17 |
| **Gross Pay** | | | **$532.96** | 1,982.20 |

**Important Notes**
COMPANY PH# (405) 252-4012

BASIS OF PAY: HOURLY

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -33.05 | 122.90 |
| Medicare Tax | | -7.73 | 28.74 |
| Other | | | |
| Tips | | -29.93 | 159.17 |
| Adjustment | | | |
| TIPS | | +29.93 | |
| **Net Pay** | | **$492.18** | |
| CHECKING | | -492.18 | |
| **Net Check** | | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status
  OK:  Married
Exemptions/Allowances:
  OK:  2,Filing Jointly or Surviving Spouse,Tax Blocked

Your federal taxable wages this period are $532.96

MPOK 5039 LLC
2410 W MEMORIAL RD STE 421
OKLAHOMA CITY, OK 73134

Advice number: 00000260004
Pay date: 07/02/2021

Deposited to the account of
MICHELA DASHA CRUMP

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1114 | xxxx xxxx | $492.18 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR NO. | | |
|---|---|---|---|---|---|---|
| 1BI | 914917 | DIRECT | | 0000280004 | 1 | |

## Earnings Statement 

MPOK 5039 LLC
2410 W MEMORIAL RD STE 421
OKLAHOMA CITY, OK 73134

Period Beginning: 06/28/2021
Period Ending: 07/11/2021
Pay Date: 07/16/2021

Filing Status: Head of household
Exemptions/Allowances:
  Federal: Tax blocked

MICHELA DASHA CRUMP
4400 N MAIN STREET
LOT 161
NORMAN OK 73072

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 19.20 | 211.20 | 2,034.23 |
| Tips | | | 16.74 | 175.91 |
| **Gross Pay** | | | **$227.94** | 2,210.14 |

**Important Notes**
COMPANY PH#:(405) 252-4012

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -14.13 | 137.03 |
| | Medicare Tax | -3.31 | 32.05 |
| | Other | | |
| | Tips | -16.74 | 175.91 |
| | Adjustment | | |
| | TIPS | +16.74 | |
| | **Net Pay** | **$210.50** | |
| | CHECKING | -210.50 | |
| | **Net Check** | **$0.00** | |

**Additional Tax Withholding Information**
Taxable Marital Status:
  OK:           Married

Exemptions/Allowances:
  OK:           2,Filing Jointly or Surviving Spouse,Tax
                Blocked

Your federal taxable wages this period are $227.94

MPOK 5039 LLC
2410 W MEMORIAL RD STE 421
OKLAHOMA CITY, OK 73134

Advice number: 00000280004
Pay date: 07/16/2021

Deposited to the account of
MICHELA DASHA CRUMP

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx1114 | xxxx xxxx | $210.50 |

**NON-NEGOTIABLE**



**Costco Wholesale Corporation**
999 Lake Drive
Issaquah, WA 98027
425-313-8100

PAYMENT STATEMENT FOR PAY DATE 08/06/2021 – Biweekly

Federal EIN 91-1223280 Costco Wholesale Corporation

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Name** | MICHELA CRUMP | **Payroll Area** | U2 | Biweekly | **Tax Data** | **Tax Area Code** | **Filing Status** Allowances Addl. Amt. |
| **Address** | 4400 W MAINE TRLR 161 | **Pay Period** | 07/27/2021 | 08/01/2021 | Federal | FED | Single 00 0.00 |
| | NORMAN OKLAHOMA OK 73072 | **Department** | 0393 | Call Ctr E-Comm | Primary State | OK | Single 00 0.00 |
| | | **Location** | 00001417 | | | | |
| **Employee #** | 06330251 - (Hourly) | **Pay Date** | 08/06/2021 | | | | |
| **Job Title** | PROCESSING CLERK | | | | | | |

If you encounter any problems printing your pay stub, please contact your payroll clerk.

**Current Hours Worked** 4.00   **Base Rate** $16.50

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $16.50 | 4.00 | $66.00 | 4.00 | $66.00 |
| **Total Current Payments** | | 4.00 | **$66.00** | 4.00 | **$66.00** |
| **Total Payments** | | 4.00 | **$66.00** | 4.00 | **$66.00** |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| Federal       FED | | | | |
| TX Withholding Tax | $66.00 | | $66.00 | |
| TX EE Social Security Tax | $66.00 | $4.09 | $66.00 | $4.09 |
| TX EE Medicare Tax | $66.00 | $0.96 | $66.00 | $0.96 |
| Oklahoma       OK | | | | |
| TX Withholding Tax | $66.00 | | $66.00 | |
| **Total Taxes** | | **$5.05** | | **$5.05** |
| **Net Payment** | | **$60.95** | | **$60.95** |

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $66.00 | | | | $5.05 | | | | $60.95 |
| YTD | $66.00 | | | | $5.05 | | | | $60.95 |
| Hours(Extra Check Eligibility) | 12396.00 | | | | | | | | |
| Hours Until Next Goal Raise | 1037.00 | | | | | | | | |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| | | 000495020 | Check | $60.95 | |



**Costco Wholesale Corporation**
999 Lake Drive
Issaquah, WA 98027
425-313-8100

**PAYMENT STATEMENT FOR PAY DATE**    08/20/2021 – Biweekly

Federal EIN    91-1223280    Costco Wholesale Corporation

| | | | | |
|---|---|---|---|---|
| **Name** | MICHELA CRUMP | **Payroll Area** | U2 | Biweekly |
| **Address** | 439 w sliverwood st apt 256 | **Pay Period** | 08/02/2021 | 08/15/2021 |
| | midwest city OKLAHOMA OK 73110 | **Department** | 0393 | Call Ctr E-Comm |
| | | **Location** | 00001417 | |
| **Employee #** | 06330251 - (Hourly) | **Pay Date** | 08/20/2021 | |
| **Job Title** | PROCESSING CLERK | | | |

| Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|
| Federal | FED | Single | 00 | 0.00 |
| Primary State | OK | Single | 00 | 0.00 |

*If you encounter any problems printing your pay stub, please contact your payroll clerk.*

**Current Hours Worked** 23.47    **Base Rate** $16.50

| Current Payments | | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular Pay | | $16.50 | 23.47 | $387.26 | 27.47 | $453.26 |
| **Total Current Payments** | | | 23.47 | **$387.26** | 27.47 | **$453.26** |
| **Total Payments** | | | 23.47 | **$387.26** | 27.47 | **$453.26** |

| Taxes | | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|---|
| Federal | FED | | | | |
| TX Withholding Tax | | $387.26 | | $453.26 | |
| TX EE Social Security Tax | | $387.26 | $24.01 | $453.26 | $28.10 |
| TX EE Medicare Tax | | $387.26 | $5.61 | $453.26 | $6.57 |
| Oklahoma | OK | | | | |
| TX Withholding Tax | | $387.26 | $2.00 | $453.26 | $2.00 |
| **Total Taxes** | | | **$31.62** | | **$36.67** |
| **Net Payment** | | | **$355.64** | | **$416.59** |

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $387.26 | | | | $31.62 | | | | $355.64 |
| YTD | $453.26 | | | | $36.67 | | | | $416.59 |
| Hours(Extra Check Eligibility) | 12372.53 | | | | | | | | |
| Hours Until Next Goal Raise | 1013.53 | | | | | | | | |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 031101279 | The Bancorp Bank | ....1114 | Direct Deposit | $355.64 | |



**Costco Wholesale Corporation**
999 Lake Drive
Issaquah, WA 98027
425-313-8100

**PAYMENT STATEMENT FOR PAY DATE** 09/03/2021 – Biweekly

**Federal EIN** 91-1223280 Costco Wholesale Corporation

| | | |
|---|---|---|
| **Name** | MICHELA CRUMP | |
| **Address** | 439 w sliverwood st apt 256 | |
| | midwest city OKLAHOMA OK 73110 | |
| **Employee #** | 06330251 – (Hourly) | |
| **Job Title** | PROCESSING CLERK | |

| | | |
|---|---|---|
| **Payroll Area** | U2 | Biweekly |
| **Pay Period** | 08/16/2021 | 08/29/2021 |
| **Department** | 0393 | Call Ctr E-Comm |
| **Location** | 00001417 | |
| **Pay Date** | 09/03/2021 | |

| Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|
| Federal | FED | Single | 00 | 0.00 |
| Primary State | OK | Single | 00 | 0.00 |

If you encounter any problems printing your pay stub, please contact your payroll clerk.

**Current Hours Worked** 79.77  **Base Rate** $16.50

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $16.50 | 79.74 | $1,315.71 | 107.21 | $1,768.97 |
| Overtime | $24.75 | 0.03 | $0.74 | 0.03 | $0.74 |
| **Total Current Payments** | | 79.77 | $1,316.45 | 107.24 | $1,769.71 |
| **Total Payments** | | 79.77 | $1,316.45 | 107.24 | $1,769.71 |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| Federal        FED | | | | |
| TX Withholding Tax | $1,316.45 | $92.40 | $1,769.71 | $92.40 |
| TX EE Social Security Tax | $1,316.45 | $81.62 | $1,769.71 | $109.72 |
| TX EE Medicare Tax | $1,316.45 | $19.09 | $1,769.71 | $25.66 |
| Oklahoma       OK | | | | |
| TX Withholding Tax | $1,316.45 | $46.00 | $1,769.71 | $48.00 |
| **Total Taxes** | | $239.11 | | $275.78 |
| **Net Payment** | | $1,077.34 | | $1,493.93 |

| Summary | Total Payments | - Pre-Tax Deductions | - Taxes | - After Tax Deductions = | Net Payment |
|---|---|---|---|---|---|
| Current Period | $1,316.45 | | $239.11 | | $1,077.34 |
| YTD | $1,769.71 | | $275.78 | | $1,493.93 |
| Hours(Extra Check Eligibility) | 12292.76 | | | | |
| Hours Until Next Goal Raise | 933.76 | | | | |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 031101279 | The Bancorp Bank | ....1114 | Direct Deposit | $1,077.34 | |



**Costco Wholesale Corporation**
999 Lake Drive
Issaquah, WA 98027
425-313-8100

**PAYMENT STATEMENT FOR PAY DATE** 09/17/2021 – Biweekly

**Federal EIN** 91-1223280 Costco Wholesale Corporation

| Name | MICHELA CRUMP | Payroll Area | U2 | Biweekly | Tax Data | Tax Area Code | Filing Status | Allowances | Addl. Amt. |
|---|---|---|---|---|---|---|---|---|---|
| Address | 439 w sliverwood st apt 256 | Pay Period | 08/30/2021 | 09/12/2021 | Federal | FED | Single | Exempt | 0.00 |
| | midwest city OKLAHOMA OK 73110 | Department | 0393 | Call Ctr E-Comm | Primary State | OK | Single | 04 | 0.00 |
| | | Location | 00001417 | | | | | | |
| Employee # | 06330251 - (Hourly) | Pay Date | 09/17/2021 | | | | | | |
| Job Title | PROCESSING CLERK | | | | | | | | |

If you encounter any problems printing your pay stub, please contact your payroll clerk.

**Current Hours Worked** 63.93  **Base Rate** $16.50

| Current Payments | Rate | Hours | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|
| Regular Pay | $16.50 | 55.75 | $919.88 | 170.96 | $2,820.85 |
| Overtime | $24.75 | 0.18 | $4.46 | 0.21 | $5.20 |
| Sunday Premium Pay | $24.75 | 8.00 | $198.00 | 8.00 | $198.00 |
| **Total Current Payments** | | 63.93 | $1,122.34 | 179.17 | $3,024.05 |

-------------- Pay Period --------------

| Retro Payments | Begin Date | End Date | Rate | Hours | Amount | | |
|---|---|---|---|---|---|---|---|
| Regular Pay | 08/02/2021 | 08/15/2021 | $16.50 | 8.00 | $132.00 | | |
| **Total Retro Payments** | | | | 8.00 | $132.00 | | |
| **Total Payments** | | | | 71.93 | $1,254.34 | 179.17 | $3,024.05 |

| Taxes | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
|---|---|---|---|---|
| Federal  FED | | | | |
| TX Withholding Tax | $1,254.34 | | $3,024.05 | $92.40 |
| TX EE Social Security Tax | $1,254.34 | $77.77 | $3,024.05 | $187.49 |
| TX EE Medicare Tax | $1,254.34 | $18.19 | $3,024.05 | $43.85 |
| Oklahoma  OK | | | | |
| TX Withholding Tax | $1,254.34 | $36.00 | $3,024.05 | $84.00 |
| **Total Taxes** | | $131.96 | | $407.74 |
| **Net Payment** | | $1,122.38 | | $2,616.31 |

| Summary | Total Payments | - | Pre-Tax Deductions | - | Taxes | - | After Tax Deductions | = | Net Payment |
|---|---|---|---|---|---|---|---|---|---|
| Current Period | $1,254.34 | | | | $131.96 | | | | $1,122.38 |
| YTD | $3,024.05 | | | | $407.74 | | | | $2,616.31 |
| Hours(Extra Check Eligibility) | 12220.83 | | | | | | | | |
| Hours Until Next Goal Raise | 861.83 | | | | | | | | |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 031101279 | The Bancorp Bank | ....1114 | Direct Deposit | $1,122.38 | |



| | Costco Wholesale Corporation<br>999 Lake Drive<br>Issaquah, WA 98027<br>425-313-8100 | | | PAYMENT STATEMENT FOR PAY DATE | | | 10/01/2021 – Biweekly | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Federal EIN | 91-1223280 Costco Wholesale Corporation | | |
| **Name** | MICHELA CRUMP | **Payroll Area** | U2 | Biweekly | **Tax Data** | **Tax Area Code** | **Filing Status** | **Allowances** | **Addl. Amt.** |
| **Address** | 439 w sliverwood st apt 256 | **Pay Period** | 09/13/2021 | 09/26/2021 | Federal | FED | Single | Exempt | 0.00 |
| | midwest city OKLAHOMA OK 73110 | **Department** | 0393 | Call Ctr E-Comm | Primary State | OK | Single | 04 | 0.00 |
| | | **Location** | 00001417 | | | | | | |
| **Employee #** | 06330251 - (Hourly) | **Pay Date** | 10/01/2021 | | | | | | |
| **Job Title** | PROCESSING CLERK | | | | | | | | |

If you encounter any problems printing your pay stub, please contact your payroll clerk.

| Current Hours Worked | 70.79 | Base Rate | $16.50 | | | |
|---|---|---|---|---|---|---|
| **Current Payments** | | | Rate | Hours | Amount | YTD Hours | YTD Amount |
| Regular Pay | | | $16.50 | 70.12 | $1,156.98 | 241.08 | $3,977.83 |
| Overtime | | | $24.75 | 0.67 | $16.58 | 0.88 | $21.78 |
| Sunday Premium Pay | | | | | | 8.00 | $198.00 |
| **Total Current Payments** | | | | 70.79 | $1,173.56 | 249.96 | $4,197.61 |
| **Total Payments** | | | | 70.79 | $1,173.56 | 249.96 | $4,197.61 |
| **Taxes** | | | Current Taxable Amount | Current Amount | YTD Taxable Amount | YTD Amount |
| Federal | FED | | | | | |
| TX Withholding Tax | | | $1,173.56 | | $4,197.61 | $92.40 |
| TX EE Social Security Tax | | | $1,173.56 | $72.76 | $4,197.61 | $260.25 |
| TX EE Medicare Tax | | | $1,173.56 | $17.02 | $4,197.61 | $60.87 |
| Oklahoma | OK | | | | | |
| TX Withholding Tax | | | $1,173.56 | $32.00 | $4,197.61 | $116.00 |
| **Total Taxes** | | | | $121.78 | | $529.52 |
| **Net Payment** | | | | $1,051.78 | | $3,668.09 |
| **Summary** | | Total Payments | - Pre-Tax Deductions | - Taxes | - After Tax Deductions | = Net Payment |
| Current Period | | $1,173.56 | | $121.78 | | $1,051.78 |
| YTD | | $4,197.61 | | $529.52 | | $3,668.09 |
| Hours(Extra Check Eligibility) | | 12150.04 | | | | |
| Hours Until Next Goal Raise | | 791.04 | | | | |

**Check/Transfer Information**

| Bank Routing # | Bank Name | Account/Check No. | Payment Method | Amount | Replacement Check Date |
|---|---|---|---|---|---|
| 031101279 | The Bancorp Bank | ....1114 | Direct Deposit | $1,051.78 | |