# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087–5 | User: admin | Date Created: 10/28/2021 |
| Case: 21–12875 | Form ID: 309A | Total: 29 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Michela Crump | 439 W Silverwood Dr. Apt. 256 | Oklahoma City, OK 73110 | |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 |
| tr | Susan J. Manchester | 1100 N Shartel | Oklahoma City, OK 73103 | |
| aty | Alexander E Hilton, III | Alexander Hilton and Associates | Bankruptcy Law Group | 6440 Avondale Drive, Ste 201   Oklahoma City, OK 73116 |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152–3039 | |
| 6616558 | Account Resolution Services | Attn: Bankruptcy | Po Box 459079 | Sunrise FL 33345 |
| 6616560 | Auto Advantage Finance | Attn: Bankruptcy | Po Box 96329 | Oklahoma City OK 73143 |
| 6616559 | Auto Advantage Finance | Po Box 96329 | Oklahoma City OK 73143 | |
| 6616561 | Auto Finance USA | Attn: Bankruptcy | Po Box 892220 | Oklahoma City OK 73189 |
| 6616562 | Bull City Financial Solutions | Attn: Bankruptcy | 2609 North Duke St, Ste 500 | Durham NC 27704 |
| 6616563 | Cac Financial Corp | 2601 Northwest Expressway | Suite 1000E | Oklahoma City OK 73112 |
| 6616564 | Cac Financial Corp | 2601 Nw Expressway | Oklahoma City OK 73112 | |
| 6616565 | Capital One | Attn: Bankruptcy | Po Box 30285 | Salt Lake City UT 84130 |
| 6616566 | Chimef/str | Attn: Bankruptcy | Po Box 417 | San Francisco CA 94104 |
| 6616567 | Convergent Outsourcing, Inc. | Attn: Bankruptcy | 800 Sw 39th St, Ste 100 | Renton WA 98057 |
| 6616568 | Credit One Bank | Po Box 98872 | Las Vegas NV 89193 | |
| 6616569 | Enhanced Recovery Company | Attn: Bankruptcy | 8014 Bayberry Road | Jacksonville FL 32256 |
| 6616570 | Fid Info Crp | Po Box 49938 | Los Angeles CA 90049 | |
| 6616571 | First Premier Bank | Attn: Bankruptcy | Po Box 5524 | Sioux Falls SD 57117 |
| 6616574 | IC Systems, Inc | Attn: Bankruptcy | Po Box 64378 | St. Paul MN 55164 |
| 6616572 | Ian's Enterprise National Support Center | 9450 SW Gemini Dr. #39525 | Beaverton OR 97008–7105 | |
| 6616573 | Ian's Enterprises LLC | 1874 S. BOULDER AVE | Tulsa OK 74119 | |
| 6616575 | Jay P. Moisant | 14453 SE 29th St. | Ste. B | Choctaw OK 73020 |
| 6616576 | MARS Collection Agency | Attn: Bankruptcy | 10830 East 45th Street Suite 400 | Tulsa OK 74146 |
| 6616577 | Oklahoma Natural Gas | PO Box 219296 | Kansas City MO 64121–9296 | |
| 6616578 | Online Collections | Attn: Bankruptcy | Po Box 1489 | Winterville NC 28590 |
| 6616579 | Phoenix Financial Services, LLC | Attn: Bankruptcy | Po Box 361450 | Indianapolis, IN 46236 |
| 6616580 | Robinson Hoover/Attn: Danielle Schinzing | 119 N. Robinson Ste. 1000 | Oklahoma City OK 73102 | |
| 6616581 | Wakefield & Associates | Attn: Bankruptcy | 10800 East Bethany Drive Ste 450 | Aurora CO 80014 |

TOTAL: 29