IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: | ) |
| | ) Case No.: **21-12875-SAH** |
| **MICHELA CRUMP,** | )       (**Chapter 7**) |
| | ) |
| | ) |
| Debtor. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, Auto Advantage Finance, LLC, by and through its undersigned attorney of record, and hereby gives notice of its appearance as a secured creditor and real party of interest in the above-styled bankruptcy proceeding. Request is made that service of all pleadings and documents required to be noticed pursuant to Fed. R. Bankr. P. 2002 be served upon the undersigned at the address listed below.

Respectfully submitted,

s/ Emily R. Coughlin
Richard A. Robinson (OBA# 7684)
Michael R. Hoover (OBA# 4352)
Hugh H. Fudge (OBA# 20487)
Dani L. Schinzing (OBA# 32113)
Emily R. Coughlin (OBA# 22110)
Robinson, Hoover & Fudge, PLLC
119 N. Robinson Ave., Suite 1000
Oklahoma City, OK 73102
(405) 232-6464 ׀ (405) 232-6363 fax
Email:  coughlin@rhfok.com
ATTORNEYS FOR THE CREDITOR

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing pleading was electronically transmitted to the Clerk of Court using the CM/ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the CM/ECF registrants on file in this case.

s/ Emily R. Coughlin
Emily R. Coughlin