# United States Bankruptcy Court
**Western District of Oklahoma**

In re    Michela Crump                                                         Case No.    21-12875
                                    Debtor(s)                                  Chapter    7

## NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE

Alexander Elias Hilton II hereby appears in the above captioned case and requests notice by CM/ECF.

Respectfully Submitted on:

December 20, 2021 by:


/s/ Alexander Elias Hilton II
Alexander Elias Hilton II 147289CA
6440 Avondale Drive, Suite 201
Oklahoma City, OK 73116
T. 405-418-2116  F. 405-260-9711
bklawokc@gmail.com
Attorney For Debtor