# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 1087–5 | User: admin | | Date Created: 1/11/2022 |
| Case: 21–12875 | Form ID: pdf003 | | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Michela Crump | 439 W Silverwood Dr. Apt. 256 | Oklahoma City, OK 73110 | |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 |
| tr | Susan J. Manchester | 1100 N Shartel | Oklahoma City, OK 73103 | |
| cr | Auto Advantage Finance, LLC | Emily Coughlin, Attorney for Creditor | P.O. Box 96329 | Oklahoma City, OK 73143 |
| aty | Alexander E Hilton, III | Alexander Hilton and Associates | Bankruptcy Law Group | 6440 Avondale Drive, Ste 201    Oklahoma City, OK 73116 |
| aty | Alexander Elias Hilton, II | Alexander Hilton II | 6440 Avondale Drive, Suite 201 | Oklahoma City, OK 73116 |
| aty | Emily R Coughlin | 119 N. Robinson, Ste. 1000 | Oklahoma City, OK 73102 | |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152–3039 | |

TOTAL: 8