Dated: January 11, 2022

The following is ORDERED:



Sarah A Hall
United States Bankruptcy Judge

# United States Bankruptcy Court
## Western District of Oklahoma

In re: Michela Crump
Debtor(s)

Case No. 21-12875
Chapter 7

### ORDER ON MOTION TO REDEEM PERSONAL PROPERTY
### AND FOR RELEASE OF LIEN BY CREDITOR AUTO ADVANTAGE FINANCE LLC

NOW, on this date, the Debtor's Motion To Redeem a 2016 Chevrolet Malibu and to to pay off lien in a lump sum of $10,920, and for release of the lien held by Auto Advantage Finance LLC after payment came on for the Court's consideration. Counsel for the Debtor represents that the Motion was filed on December 20, 2021, Docket Entry no. 12, that notice of Motion and Hearing was served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was January 3, 2022, which has passed with no objection thereto being served or filed. Therefore, the Motion should be granted. IT IS THEREFORE ORDERED that the Motion to redeem is Granted. IT IS FURTHER ORDERED that the Redemption value to be paid to AUTO ADVANTAGE FINANCE LLC is $10,920; payable in one lump sum. IT IS FURTHER ORDERED that attorney for the Debtor shall be Compensated $500 for the Motion. All statements and findings of fact are based upon representations of counsel for Debtor.

It is so ordered.

###

/s/ Alexander Elias  Hilton II
Alexander Elias Hilton II 147289CA
6440 Avondale Drive, Suite 201
Oklahoma City, OK 73116
T 405-418-2116  F 405-260-9711
bklawokc@gmail.com
Attorney For the Debtor

# Notice Recipients

District/Off: 1087–5         User: admin              Date Created: 1/11/2022
Case: 21–12875               Form ID: pdf003          Total: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db  | Michela Crump | 439 W Silverwood Dr. Apt. 256 | Oklahoma City, OK 73110 | |
| ust | United States Trustee | United States Trustee | 215 Dean A. McGee Ave., 4th Floor | Oklahoma City, OK 73102 |
| tr  | Susan J. Manchester | 1100 N Shartel | Oklahoma City, OK 73103 | |
| cr  | Auto Advantage Finance, LLC | Emily Coughlin, Attorney for Creditor | P.O. Box 96329 | Oklahoma City, OK 73143 |
| aty | Alexander E Hilton, III | Alexander Hilton and Associates | Bankruptcy Law Group | 6440 Avondale Drive, Ste 201    Oklahoma City, OK 73116 |
| aty | Alexander Elias Hilton, II | Alexander Hilton II | 6440 Avondale Drive, Suite 201 | Oklahoma City, OK 73116 |
| aty | Emily R Coughlin | 119 N. Robinson, Ste. 1000 | Oklahoma City, OK 73102 | |
| smg | Oklahoma Employment Security Commission | PO Box 53039 | Oklahoma City, OK 73152–3039 | |

TOTAL: 8