# Notice Recipients

District/Off: 1087–5          User: admin          Date Created: 1/25/2022

Case: 21–12875          Form ID: 318          Total: 31

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |
| aty | Alexander E Hilton, III | AEHiltonlaw@gmail.com |
| aty | Alexander Elias Hilton, II | bklawokc@gmail.com |
| aty | Emily R Coughlin | Coughlin@rfhok.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Michela Crump | 439 W Silverwood Dr. Apt. 256          Oklahoma City, OK 73110 |
| tr | Susan J. Manchester | 1100 N Shartel          Oklahoma City, OK 73103 |
| cr | Auto Advantage Finance, LLC          Emily Coughlin, Attorney for Creditor          P.O. Box 96329          Oklahoma City, OK 73143 |
| 6616558 | Account Resolution Services          Attn: Bankruptcy          Po Box 459079          Sunrise FL 33345 |
| 6616560 | Auto Advantage Finance          Attn: Bankruptcy          Po Box 96329          Oklahoma City OK 73143 |
| 6616559 | Auto Advantage Finance          Po Box 96329          Oklahoma City OK 73143 |
| 6616561 | Auto Finance USA          Attn: Bankruptcy          Po Box 892220          Oklahoma City OK 73189 |
| 6616562 | Bull City Financial Solutions          Attn: Bankruptcy          2609 North Duke St, Ste 500          Durham NC 27704 |
| 6616563 | Cac Financial Corp          2601 Northwest Expressway          Suite 1000E          Oklahoma City OK 73112 |
| 6616564 | Cac Financial Corp          2601 Nw Expressway          Oklahoma City OK 73112 |
| 6616565 | Capital One          Attn: Bankruptcy          Po Box 30285          Salt Lake City UT 84130 |
| 6616566 | Chimef/str          Attn: Bankruptcy          Po Box 417          San Francisco CA 94104 |
| 6616567 | Convergent Outsourcing, Inc.          Attn: Bankruptcy          800 Sw 39th St, Ste 100          Renton WA 98057 |
| 6616568 | Credit One Bank          Po Box 98872          Las Vegas NV 89193 |
| 6616569 | Enhanced Recovery Company          Attn: Bankruptcy          8014 Bayberry Road          Jacksonville FL 32256 |
| 6616570 | Fid Info Crp          Po Box 49938          Los Angeles CA 90049 |
| 6616571 | First Premier Bank          Po Box 5524          Sioux Falls SD 57117 |
| 6616574 | IC Systems, Inc          Attn: Bankruptcy          Po Box 64378          St. Paul MN 55164 |
| 6616572 | Ian's Enterprise National Support Center          9450 SW Gemini Dr. #39525          Beaverton OR 97008–7105 |
| 6616573 | Ian's Enterprises LLC          1874 S. BOULDER AVE          Tulsa OK 74119 |
| 6616575 | Jay P. Moisant          14453 SE 29th St.          Ste. B          Choctaw OK 73020 |
| 6616576 | MARS Collection Agency          Attn: Bankruptcy          10830 East 45th Street Suite 400          Tulsa OK 74146 |
| 6616577 | Oklahoma Natural Gas          PO Box 219296          Kansas City MO 64121–9296 |
| 6616578 | Online Collections          Attn: Bankruptcy          Po Box 1489          Winterville NC 28590 |
| 6616579 | Phoenix Financial Services, LLC          Attn: Bankruptcy          Po Box 361450          Indianapolis, IN 46236 |
| 6616580 | Robinson Hoover/Attn: Danielle Schinzing          119 N. Robinson Ste. 1000          Oklahoma City OK 73102 |
| 6616581 | Wakefield & Associates          Attn: Bankruptcy          10800 East Bethany Drive Ste 450          Aurora CO 80014 |

TOTAL: 27