United States Bankruptcy Court

Western District of Oklahoma

In re:                                                                                                                        Case No. 21-12875-SAH

Michela Crump                                                                                                    Chapter 7

          Debtor

# CERTIFICATE OF NOTICE

District/off: 1087-5                                          User: admin                                                     Page 1 of 2

Date Rcvd: Jan 25, 2022                                    Form ID: 318                                                      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                     regulations require that automation-compatible mail display the correct ZIP.

##                 Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by
                     the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was
                     undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michela Crump, 439 W Silverwood Dr. Apt. 256, Oklahoma City, OK 73110-3310 |
| 6616558 | + | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise FL 33345-9079 |
| 6616564 | + | Cac Financial Corp, 2601 Nw Expressway, Oklahoma City OK 73112-7236 |
| 6616563 | + | Cac Financial Corp, 2601 Northwest Expressway, Suite 1000E, Oklahoma City OK 73112-7236 |
| 6616566 | + | Chimef/str, Attn: Bankruptcy, Po Box 417, San Francisco CA 94104-0417 |
| 6616570 | + | Fid Info Crp, Po Box 49938, Los Angeles CA 90049-0938 |
| 6616572 | | Ian's Enterprise National Support Center, 9450 SW Gemini Dr. #39525, Beaverton OR 97008-7105 |
| 6616573 | + | Ian's Enterprises LLC, 1874 S. BOULDER AVE, Tulsa OK 74119-5234 |
| 6616576 | + | MARS Collection Agency, Attn: Bankruptcy, 10830 East 45th Street Suite 400, Tulsa OK 74146-3811 |
| 6616577 | | Oklahoma Natural Gas, PO Box 219296, Kansas City MO 64121-9296 |
| 6616580 | + | Robinson Hoover/Attn: Danielle Schinzing, 119 N. Robinson Ste. 1000, Oklahoma City OK 73102-4614 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QSJMANCHESTER.COM | Jan 26 2022 02:13:00 | Susan J. Manchester, 1100 N Shartel, Oklahoma City, OK 73103-2602 |
| cr | + | Email/Text: legal@ecaautogroup.com | Jan 25 2022 21:13:00 | Auto Advantage Finance, LLC, Emily Coughlin, Attorney for Creditor, P.O. Box 96329, Oklahoma City, OK 73143-6329 |
| 6616560 | + | Email/Text: legal@ecaautogroup.com | Jan 25 2022 21:13:00 | Auto Advantage Finance, Attn: Bankruptcy, Po Box 96329, Oklahoma City OK 73143-6329 |
| 6616559 | + | Email/Text: legal@ecaautogroup.com | Jan 25 2022 21:13:00 | Auto Advantage Finance, Po Box 96329, Oklahoma City OK 73143-6329 |
| 6616561 | + | Email/Text: bankruptcy@autofinanceusa.com | Jan 25 2022 21:13:00 | Auto Finance USA, Attn: Bankruptcy, Po Box 892220, Oklahoma City OK 73189-2220 |
| 6616562 | + | Email/Text: support@arm.bullcityfinancial.com | Jan 25 2022 21:13:00 | Bull City Financial Solutions, Attn: Bankruptcy, 2609 North Duke St, Ste 500, Durham NC 27704-0015 |
| 6616565 | + | EDI: CAPITALONE.COM | Jan 26 2022 02:13:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 6616567 | + | EDI: CONVERGENT.COM | Jan 26 2022 02:13:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, 800 Sw 39th St, Ste 100, Renton WA 98057-4927 |
| 6616568 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 25 2022 21:21:07 | Credit One Bank, Po Box 98872, Las Vegas NV 89193-8872 |
| 6616569 | + | Email/Text: bknotice@ercbpo.com | Jan 25 2022 21:13:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville FL 32256-7412 |
| 6616571 | + | EDI: AMINFOFP.COM | | |

District/off: 1087-5                                    User: admin                                    Page 2 of 2

Date Rcvd: Jan 25, 2022                            Form ID: 318                                Total Noticed: 26

| | | Jan 26 2022 02:13:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls SD 57117-5524 |
|---|---|---|---|
| 6616574 | + EDI: IIC9.COM | Jan 26 2022 02:13:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul MN 55164-0378 |
| 6616578 | + Email/Text: bankruptcy@onlineis.com | Jan 25 2022 21:13:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville NC 28590-1489 |
| 6616579 | Email/Text: info@phoenixfinancialsvcs.com | Jan 25 2022 21:13:00 | Phoenix Financial Services, LLC, Attn: Bankruptcy, Po Box 361450, Indianapolis, IN 46236 |
| 6616581 | + Email/Text: bankruptcyreports@wakeassoc.com | Jan 25 2022 21:13:00 | Wakefield & Associates, Attn: Bankruptcy, 10800 East Bethany Drive Ste 450, Aurora CO 80014-2697 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 6616575 | ##+ | Jay P. Moisant, 14453 SE 29th St., Ste. B, Choctaw OK 73020-6543 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022                    Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexander E Hilton, III | on behalf of Debtor Michela Crump AEHiltonlaw@gmail.com  AHiltonlaw@ou.edu |
| Alexander Elias Hilton, II | on behalf of Debtor Michela Crump bklawokc@gmail.com  law.hilton.alex@gmail.com;hiltonar93322@notify.bestcase.com |
| Amanda R Blackwood | on behalf of Plaintiff Ian's Enterprise  LLC amanda@blackwoodlawfirm.com |
| Emily R Coughlin | on behalf of Creditor Auto Advantage Finance  LLC Coughlin@rhfok.com, legal@ecaautogroup.com |
| Susan J. Manchester | susanmanchester@sbcglobal.net  smanchester@ecf.axosfs.com;manchesterlaw@sbcglobal.net |
| United States Trustee | Ustpregion20.oc.ecf@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Michela Crump** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name |

Social Security number or ITIN   **xxx–xx–4917**

EIN   _ _ – _ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _

EIN   _ _ – _ _ _ _ _ _ _

United States Bankruptcy Court   **Western District of Oklahoma**

Case number:   **21–12875 – SAH**

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michela Crump

<u>January 25, 2022</u>

**By the court:**   <u>Sarah A. Hall</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---